Attn: Duty Magistrate  10/03/2014
US District Court,
Eastern District Of New York,
225 Cadman Plaza,
Brooklyn, New York, 11201.

Subject: Request for Preliminary Hearing and appoint a Federal Public Defender

Respected Sir:

    With this letter I want to make a kind request to set up Preliminary Hearing Date. Some how my attorney waived this option on initial appearance without consulting me. Further I want to make a request to appoint a Federal Defender to represent my case as I am unable to afford my current private attorney.

Thank You

Please Reply,

Sincerely,
Pratik Doshi
14248 Sorano Drive,
Frisco, TX-75035
Cell # 972-693-8487
Case Number : 14-604M